UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-61647-KAM

DENISE PAYNE,

    Plaintiff,

vs.

LQ FL PROPERTIES L.L.C., et al.,

    Defendants.
_____/

### ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal (DE 18). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of August, 2016.

_____
KENNETH A. MARRA
United States District Judge